**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket Nos. 38976/38977**

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | 2012 Unpublished Opinion No. 502 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed: May 31, 2012 |
| | ) | |
| v. | ) | Stephen W. Kenyon, Clerk |
| | ) | |
| DOVOVAN WILLIAM OWSLEY, | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the Seventh Judicial District, State of Idaho, Bonneville County. Hon. Jon J. Shindurling, District Judge.

Judgment of conviction and unified sentence of ten years, with a minimum period of confinement of one year, for forgery, <u>affirmed</u>; judgment of conviction and unified sentence of three years, with a minimum period of confinement of one year, for issuing a check without funds, <u>affirmed</u>.

Sara B. Thomas, State Appellate Public Defender; Brian R. Dickson, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

---

Before GRATTON, Chief Judge; GUTIERREZ, Judge;
and MELANSON, Judge

---

PER CURIAM

In docket number 38976, Dovovan William Owsley pled guilty to forgery. Idaho Code § 18-3601. The district court sentenced Owsley to a unified term of ten years, with one year determinate. In docket number 38977, Owsley pled guilty to issuing a check without funds. I.C. § 18-3106. The district court sentenced Owsley to a concurrent, unified term of three years, with one year determinate. Thereafter, Owsley filed an Idaho Criminal Rule 35 motion as to both cases, which the district court denied. Owsley now appeals, contending his sentences are excessive. The two cases have been consolidated on appeal.

1

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Owsley's judgments of conviction and sentences are affirmed.